UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | CAUSE No. 4:21-CR-00272 (1,2) |
| LEIDY HERNANDEZ LOPEZ<br>OCTAVIAN OCASIO | § | |

## AMENDED ORDER

The Court grants the unopposed motion to continue the scheduling order of defendant. The Court finds that the interest of justice outweighs the interest of the public and the defendant to a speedier trial. 18 U.S.C. §3161(h)(7)(A). The Court sets the following schedule:

1. Dispositive Motions will be filed on or before: August 1, 2022.
2. Responses will be filed on or before: August 11, 2022.
3. Proposed jury questions and jury instructions will be filed on or before: September 6, 2022.
4. Final pretrial conference is set for September 6, 2022 at 9:00 a.m.
5. Jury selection and trial is set for September 12, 2022 at 1:30 p.m.

Signed this 8th day of April, 2022.

Honorable George Hanks
United States District Judge